MANDATE

D. Conn. New Haven
02-cv-454
Arterton, J.
Pris

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

FILED
JUN 23 12 57 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 27th day of January two thousand and four,

Present:

Hon. Robert A. Katzmann,
Hon. Barrington D. Parker, Jr.,
*Circuit Judges*,
Hon. Loretta A. Preska,
*District Judge.**

UNITED STATES COURT OF APPEALS
FILED
JAN 27 2004
SECOND CIRCUIT

---

Noel Davila,

Plaintiff-Appellant,

v. 03-0114

John J. Armstrong, et al.,

Defendants-Appellees.

---

Appellant, *pro se*, moves for appointment of counsel, for a temporary restraining order, to add appellees, and to amend the relief requested. Upon due consideration, it is ORDERED that the motion for appointment of counsel is denied because appellant has not shown that this appeal has likely merit. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 173 (2d Cir. 1989). Furthermore, the appeal is dismissed because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e). The remaining motions are denied as moot.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: Lucille Carr

---

*Hon. Loretta A. Preska, of the U.S. District Court for the Southern District of New York, sitting by designation.

USCA SAO-CC.

ISSUED AS MANDATE: JUN 15 2004